**Elizabeth ANDERSON, Appellant,**

v.

**Sarue NAUERT, Anthony Box, Phyllis Box, Old Republic National Title Insurance Company, and Washington Mutual Bank, F.A., Respondents.**

No. ED 92323.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 13, 2009.

Rehearing Denied Nov. 16, 2009.

Ronald D. Kwentus, Maryland Heights, MO, for appellant.

Sarue Nauert, St. Louis, pro se.

William L. Sauerwein, St. Louis, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., ROBERT G. DOWD, JR., J., and PATRICIA L. COHEN, J.

### ORDER

PER CURIAM.

Elizabeth Anderson (Plaintiff) appeals the trial court's declaratory judgment in favor of Sarue Nauert, Anthony and Phyllis Box, Old Republic National Title Company, and Washington Mutual Bank (Defendants) in connection with a secured loan that Plaintiff's late husband made to Ms. Nauert. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the trial court's decision was not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).